# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00285-CV

### Volkswagen Group of America, Inc.; and Audi of America, Inc., Appellants

### v.

### John Walker III, in his Official Capacity as Chairman of the Texas Department of Motor Vehicles Board; the Honorable Michael J. O'Malley, the Honorable Penny A. Wilkov, in their Official Capacities as Administrative Law Judges for the State Office of Administrative Hearings; Ricardo M. Weitz; Budget Leasing, Inc. d/b/a Audi North Austin; Hi Tech Imports South, LLC; and Hi Tech Imports North, LLC, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-15-001186, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Volkswagen Group of America, Inc., and Audi of America, Inc., have filed an unopposed motion to dismiss this appeal, indicating that the parties have settled the underlying dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellants' Motion

Filed:   December 23, 2015